1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHRISTOPHER LEE JENKINS,

11           Plaintiff,                        No. CIV S-04-1152 MCE GGH P

12       vs.

13   J.G. ARCEO, et al.,

14           Defendants.                       ORDER
                                     /

15

16           Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. §

17   1983.  By order filed on December 12, 2005, plaintiff's first amended complaint was dismissed

18   with leave granted for the filing of a second amended complaint.  On June 21, 2005, plaintiff had

19   filed an anticipatory "motion to dismiss" which requested dismissal of this action if, upon

20   screening of his first amended complaint, the court either found the claims not cognizable under

21   42 U.S.C. § 1983 or "plans to suggest that another amended complaint be filed."  Plaintiff's

22   purported motion for voluntary dismissal is conditional and is, therefore, not a genuine and

23   complete request or notice for voluntary dismissal under Fed. R. Civ. P. 41(a).  Plaintiff, for

24   example, does not address the instance of a screening which determines, as occurred in this case,

25   that some claims are cognizable upon which plaintiff could proceed upon a modified first

26   amended complaint (i.e., from which a number of claims and defendants have been dismissed) if

1

1  he elected not to file a second amended complaint.  Plaintiff's defective "motion to dismiss,"

2  filed on June 21, 2005,  must be disregarded.   Should plaintiff seek voluntary dismissal of his

3  case, he must file a notice of dismissal of this action, pursuant to Fed. R. Civ. P. 41(a), without

4  setting forth conditions.

5          IT IS SO ORDERED.

6  DATED: 12/21/05

7

8                                                  /s/ Gregory G. Hollows

9                                                  GREGORY G. HOLLOWS
                                                   UNITED STATES MAGISTRATE JUDGE

10

11  GGH:009
    jenk1152.dsm

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26