IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE JENKINS,

     Plaintiff,                   No. CIV S-04-1152 MCE GGH P

    vs.

J.G. ARCEO, et al.,

     Defendants.        <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of December 12. 2005.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's January 9, 2006 application for an extension of time is granted; and

       2. Plaintiff must file a second amended complaint on or before February 15, 2006.

DATED:  1/23/06

                                            /s/ Gregory G. Hollows
                                 _____
                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

GGH:bb
jenk1152.36