IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE JENKINS,

        Plaintiff,                  No. CIV S-04-1152 MCE GGH P

    vs.

J.G. ARCEO, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff has requested a second extension of time to file an amended complaint pursuant to the court's order of December 12. 2005.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 16, 2006 second application for an extension of time is granted;

        2. Plaintiff's second amended complaint is now due on or before March 31, 2006; and

        3. There will be no further extension of time.

DATED:  3/1/06                           /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
jenk1152.36(2)