IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE JENKINS,

    Plaintiff,                      No. CIV S-04-1152 MCE GGH P

    vs.

J.G. ARCEO, et al.,

    Defendants.              ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed April 18, 2006, this court found plaintiff's May 2, 2005 amended complaint appropriate for service upon seven defendants as to certain claims. By Findings and Recommendations filed concurrently with that order, the undersigned has recommended dismissal of more than sixty (60) defendants from this action as well as dismissal of various claims against several of the defendants for whom the court found service appropriate.

       As noted in the court's order filed on December 12, 2005, plaintiff had filed some 600-plus pages of exhibits with his amended complaint, exhibits he failed to cross-reference within his allegations. See Order, filed on 12/12/05, p. 3.

\\\\\

1         At this time the court will strike plaintiff's unwieldy and insufficiently organized exhibits. The Clerk of the Court is instructed to provide plaintiff only with a copy of the fifteen-page filed, endorsed amended complaint, filed on May 2, 2005, but not to copy the voluminous exhibits. Plaintiff will then need to provide the court, as ordered, along with the summons and USM-285 forms, the requisite copies of the amended complaint (without being compelled to provide copies of the massive number of exhibits) for the court to effect service. The exhibits are stricken without prejudice, so that plaintiff may use any relevant exhibit among the stricken documents for the purpose of bringing or opposing any motion or at trial. Although stricken from the docket, the Clerk of the Court will retain the paper copy of the exhibits in the court's files.

        IT IS SO ORDERED.

DATED: 4/21/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
jenk1152.stk