IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE JENKINS,

    Plaintiff,                    No. CIV S-04-1152 MCE GGH P

    vs.

J.G. ARCEO, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file his objections to the April 18, 2006 findings and recommendations. Plaintiff has not shown cause for why objections could not be timely filed or any colorable basis upon which an extension of time might be granted; moreover, as he himself points out, he has previously moved for dismissal of the very claims and defendants for which dismissal is recommended in the subject findings and recommendations. <u>See</u> plaintiff's motion, filed on April 5, 2006. Finally, in his request he is "not certain" he will file objections. Plaintiff's request appears to be patently frivolous.

        Accordingly, plaintiff's May 15, 2006 application for an extension of time is denied.

DATED: 5/23/06                                  /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS  
                                                UNITED STATES MAGISTRATE JUDGE

GGH:009

1  jenk1152.den