IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE JENKINS,  No. 2:04-cv-1152-MCE-GGH-P

      Plaintiff,

  v.  ORDER

J.G. ARCEO, et al.,

      Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On April 18, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

1 Neither party has filed objections to the Findings and
2 Recommendations.
3    The Court has reviewed the file and finds the Findings and
4 Recommendations to be supported by the record and by the
5 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6 that:
7    1.  The Findings and Recommendations filed April 18, 2006,
8 are adopted in full;
9    2.  Plaintiff's claims against J. Valadez, Vincent Cullen,
10 Glen Riddle, V. Sanchez, J.G. Arceo, Tony Loftin, N. Grannis,
11 J.L. Schmidt, M. P. Gallagher, C. Semel, S. Ortiz, T. Surges,
12 James L. Deason, S.O. Kephart, B. Curry, L. H. Dizung, J. Valdez,
13 M. Veal, Crawford, Duncan, L. Buccinio, A. Swanson, Nadim K.
14 Khoury, P. Enriquez, Dizmang, J. M. August, D. L. Turner, Dr. H.
15 Hasheem,  M. Hodges, Dr. Pacifico, Sgt. T. Winters, Joyce
16 Thompson, K.L. Kirpinsky, M. Hodges-Wilkens,  F. Gonzalez, R.
17 Grenz, C/O Summers, Counselor Dominquez, Lance Jensen, C/O
18 Whitten, D. Shankland, J. Stocker, M. Bradley, J. Bick, R.
19 Meyers,  D. Myers, R. Carney, M. Cry, Sgt. Goddard, Sgt. Stevens,
20 Dr. Beck, Robert McGahey, Dr. Diznang, Jeff Griffin, D. M.
21 Cornez, J.E. Boyd, Counselor Dominguez, Counselor Ochoa, C.
22 Buckley, Harley G. Lapin, C/O Furnari, C/O Guy, J.C. Sanders are
23 dismissed and these parties are dismissed as Defendants in this
24 action; and
25 ///
26 ///

3.  Plaintiff's claims against Defendants C/O Wilson, Sgt. Pemberton, Sgt. Foster are dismissed with the exception of those specific colorable claims set forth both in the Court's December 12, 2005 Order and in the April 18, 2006 Order as to Defendants Wilson, Pemberton and Foster.

DATED: July 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3