IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE JENKINS,

        Plaintiff,                No. CIV S-04-1152 MCE GGH P

    vs.

J.G. ARCEO, et al.,

        Defendants.        <u>ORDER</u>

_____/

        On July 28, 2006, plaintiff, a state prisoner, requested that this action be dismissed without prejudice.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 8/9/06

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:bb
jenk1152.59ggh